In the United States District Court for the
Southern District of Alabama
Southern Division

| | |
|---|---|
| In the Matter of Jordan Pile Driving, Inc., as owner of the JI II aka JI Two for Exoneration from or Limitation of Liability. | Case No.: 1:24-cv-00140-WS-M |
| In the Matter of MC Marine, LLC, as owner of the LITTLE G for Exoneration from or Limitation of Liability | Case No.: 1:23-cv-00347-WS-M |

# Motion to Consolidate

Jordan Pile Driving, Inc., as owner of the JI II, asks this Court, under Federal Rule of Civil Procedure 42 and S.D. Ala. Civ. LR 42, to enter an order consolidating, for purposes of discovery and trial, this case with that case styled *In the Matter of MC Marine, LLC as Owner of the LITTLE G for Exoneration from or Limitation of Liability*, Case 1:23-cv-00347-WS-M, and currently pending before the Honorable William H. Steele in the United States District Court for the Southern District of Alabama.[1] Both cases arise from the same marine casualty, and involve the same potential claimants, and common questions of law and fact.

---

[1] This motion contains citations to documents filed in both cases, and each citation is hyperlinked to the corresponding ECF docket entry in the respective case. Additionally, all case citations are hyperlinked to the corresponding Westlaw citation.

1

1.      The docket report for the related case initiated by MC Marine, LLC, Case 1:23-cv-00347-WS-M is attached as Exhibit A.

2.      On September 18, 2023, MC Marine, LLC filed an amended complaint in limitation for exoneration of liability arising from a June 16, 2023 marine casualty in the Alabama River involving the LITTLE G. (Am. Compl. No. 23-cv-347, Doc. No. 4.)

3.      MC Marine identified Crystal Ham, as the personal representative of the Estate of Steven Williams, Hyron Davis, and Harry Davis as potential claimants in its amended complaint. (Am. Compl. No. 23-cv-347, Doc. No. 4, at CM/ECF p. 3-4.)

4.      On September 26, 2023, the Honorable William H. Steele entered an order approving MC Marine's letter of undertaking, directing issuance of notice, and restraining prosecution of claims. (Order, No. 23-cv-347, Doc. No. 6.)

5.      Crystal Ham, as the personal representative of the Estate of Steven Williams, Harry Davis, and Hyron Davis have since filed answers and claims in MC Marine's limitation action. (Crystal Ham Answer, No. 23-cv-347, Doc. No. 11; Harry Davis Answer, No. 23-cv-347, Doc. No. 12; Hyron Davis Answer, No. 23-cv-347, Doc. No. 13.)

6. On May 2, 2024, Jordan filed its verified complaint for exoneration from, or limitation of, liability arising from the very same marine casualty and identifying the very same potential claimants. (Compl., 24-cv-140, Doc. 1.)

7. Both cases before the Court arise from the same marine casualty and involve the same potential claimants. As such, these cases involve common questions of both law and fact, and consolidation will avoid unnecessary or duplicative costs as well as avoid delay in the prosecution of claims arising from the June 16, 2023 marine casualty. *INGEN1, LLC v. Erdman*, No. 1:19-cv-183-TFM-C, 2019 WL 2250280, at *1 (S.D. Ala. May 24, 2019). There is no, or only minimal, risk of prejudice or confusion in the consolidation of this matter. *Id*.

8. MC Marine LLC consents to consolidation. (Email from Counsel for MC Marine, Ex. B, at 1.)

9. Crystal Ham, as the personal representative of the Estate of Steven Williams, a counter claimant in the MC Marine case, and potential claimant in this case, agrees to the consolidation of these cases for pretrial matters including discovery, but asks that the question of consolidation for trial purposes be deferred until the pretrial conference to reexamine its ap-

propriateness under *INGEN1, LLC*. (Email from Counsel for Crystal Ham, Ex. B, at 2.)

10. Hyron Davis and Harry Davis, counter claimants in the MC Marine case, and potential claimants in this case, do not oppose consolidation of the cases. (Email from Counsel for Hyron and Harry Davis, Ex. B, at 3.)

## Prayer for Relief

Considering this, Jordan Pile Driving, Inc., as owner of JI II, asks that this Court grant its motion to consolidate this case with the case styled *In the Matter of MC Marine, LLC as Owner of the LITTLE G for Exoneration from or Limitation of Liability*, Case 1:23-cv-00347-WS-M.

Respectfully submitted:

*/s/ Natalie A. Daugherty*
Natalie A. Daugherty
Nathan L. Burrow
Lauren C. Aiyer
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, PLC
63 South Royal Street, Suite 302
Mobile, AL 36602
T: 251.438.7850
F: 251.438.7875
ndaugherty@gallowaylawfirm.com
nburrow@gallowaylawfirm.com
laiyer@gallowaylawfirm.com
Attorneys for Jordan Pile Driving, Inc.

CERTIFICATE OF SERVICE

      I certify that on this 10th of May, 2024 I electronically filed the foregoing document(s) with the Clerk of Court by using the CM/ECF system, and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system on the following parties and their counsel:

Allen E. Graham
E. Barrett Hails
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, AL 36602
T: 251.432.4481
F: 251.433.1820
teeto.graham@phelps.com
barrett.hails@phelps.com
Attorneys for MC Marine LLC

Sidney W. Jackson, III
Christian W. Harben
JACKSON & FOSTER, LLC
75 St. Michael Street
Mobile, Alabama 36602
T: 251.433.6699
F: 251.433.6127
sid@jacksonfosterlaw.com
christian@jacksonfosterlaw.com
Attorneys for Crystal Ham, as personal representative of the Estate of Steve Williams

Benjamin U. Bowden
BEN BOWDEN, PC
8927 Lorraine Road, Suite 204-B
Gulfport, Mississippi 39503
T: (228) 896-5652
F: (228) 896-5689
Bowden@BenBowdenLaw.com
Attorney for Hyron Davis and Henry Davis

                                      */s/ Natalie A. Daugherty*
                                      Natalie A. Daugherty